# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2547

_____

United States of America

*Plaintiff - Appellee*

v.

Christopher Michael Fisher

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: February 24, 2020
Filed: February 27, 2020
[Unpublished]

_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

In 2013, Christopher Fisher was convicted of violating of 18 U.S.C. § 2250. He now appeals after the district court[1] revoked his supervised release for the third

---

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

time, and sentenced him to a prison term within the Chapter 7 advisory Guidelines range and an additional 24-month term of supervised release. His counsel has moved to withdraw, and has filed a brief arguing that the additional term of supervised release exceeds the statutory maximum and is unreasonable. We conclude that the additional term of supervised release does not exceed the statutory maximum, which is life. See 18 U.S.C. § 3583(h) (when court revokes supervised release and sentences defendant to prison term followed by additional term of supervised release, length of such term of supervised release shall not exceed statutorily authorized term of supervised release for offense of conviction, less any revocation prison terms), (k) (maximum term of supervised release for § 2250 violation is life). We also conclude that the additional term of supervised release is not substantively unreasonable. See United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (revocation sentence is reviewed under deferential abuse-of-discretion standard). We therefore affirm, and we grant counsel's motion to withdraw.

_____